# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| ELEUTERIO SALDAÑA and RAFAEL LEON, | Civil No. 10-CV-1146ST |
| Plaintiffs, | SUPPLEMENTAL JUDGMENT |
| v. | |
| JOHN SLINGLUFF, OPI CONTRACTING LLC and JOHN C. NELSON, | |
| Defendants. | |

On October 17, 2011, this court entered judgment in favor of plaintiffs in this action. The court subsequently awarded fees and costs totaling $31,038.83 against all defendants, jointly and severally.

Therefore IT IS ORDERED that judgment is entered in favor of plaintiffs for $31,038.83 against defendants, with postjudgment interest at the rate of 0.12%. The amount of this judgment is in addition to the court's judgment entered October 17, 2011. Defendants John Slingluff and John C. Nelson are jointly and severally liable with OPI Contracting LLC for this judgment.

DATED this 5th day of January, 2012.

_____
United States District Judge

1   SUPPLEMENTAL JUDGMENT